### 54555. BOLDEN v. THE STATE.

SMITH, Judge.

Appellant's former custodian has certified, by affidavit, that appellant has escaped from custody and is still at large. Therefore, appellee's motion to dismiss the appeal is granted. *Gravitt v. State,* 221 Ga. 812 (147 SE2d 447) (1966).

*Appeal dismissed. Bell, C. J., and McMurray, J., concur.*

SUBMITTED SEPTEMBER 21, 1977 — DECIDED NOVEMBER 14, 1977.

E. Kontz Bennett, Jr., J. Greg Wolinski, Dennis J. Strickland, Sr., for appellant.
Dewey Hayes, District Attorney, for appellee.